IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERSON COUNTY, ALABAMA, Acting by and through the Jefferson County Commission, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:10-cv-00485-KOB ) |
| UNISYS CORPORATION, a Delaware corporation, | ) ) ) |
| Defendant. | ) |

## JOINT MOTION FOR STAY

Plaintiff, Jefferson County, Alabama, acting by and through the Jefferson County Commission ("Jefferson County"), and Defendant, Unisys Corporation ("Unisys"), jointly move this Court for a stay of all proceedings in this case for a period to extend to May 31, 2010. As grounds for this motion, Jefferson County and Unisys state as follows:

1. The parties believe in good faith that the interests of justice would best be served by exploring an early resolution of this matter before Unisys files a responsive pleading and the parties engage in formal discovery. Counsel for Jefferson County and for Unisys have met face-to-face and have discussed the possibility of an early resolution of this matter. Both counsel agree that the evaluation of an early resolution would be enhanced by one or more telephonic or

face-to-face meetings among the appropriate decisonmakers of each party. Between the AEA Spring Break holiday and Unisys's continuing evaluation of the facts, the parties have not been able to schedule such a meeting that would be able to take place before April 15, 2010.

2. This case is still in its early stages. It was removed to this Court by Unisys on March 10, 2010. Upon Unisys's unopposed motion, this Court extended the time for Unisys to file and serve its initial responsive pleading from March 16, 2010, to April 15, 2010.

3. While Unisys's investigation of the facts underlying Jefferson County's claims (which have their basis in events dating back to 2001) is ongoing, the parties' primary intent in seeking a stay is to explore the possibility of early resolution of this matter. Counsel for the parties agree that if the basis for an early resolution exists, the filing of a responsive pleading by Unisys on April 15, before the key decisionmakers have had a meaningful opportunity to explore a resolution, would be more likely to inhibit than to promote an early resolution.

4. The parties believe that a limited stay of proceedings, which would allow time for one or more meetings of decisionmakers, and also would have the effect of further extending the time for Unisys to file and serve its initial responsive pleading, would be beneficial to the interests of justice and further the possibility of a resolution of this matter.

5. The parties suggest that if the Court grants this motion, then they should be required to submit to the Court a written report on the status of their activities relating to this matter at April 30 and May 31. The parties also request that any order granting this motion provide that either party may move that the stay be lifted if a party believes in good faith that the stay no longer is serving its intended purpose.

WHEREFORE, Jefferson County and Unisys respectfully request that the Court enter a stay of all proceedings in this case up to and including May 31, 2010.

_____
Michael S. Denniston
Bar No. asb-6906-o45m
One of the Attorneys for Plaintiff

OF COUNSEL

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mdenniston@babc.com


/s/ Alan D. Mathis

James C. Barton, Jr. (BAR014)
Bar Number: ASB-0237-B51J
Email: jbartonjr@johnstonbarton.com

Alan D. Mathis (MAT052)
Bar Number: ASB-8922-A59M
Email: adm@johnstonbarton.com

*Attorneys for Defendant,
Unisys Corporation*

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9400
Facsimile: (205) 458-9500