IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEFFERSON COUNTY, ALABAMA,** Acting by and through the Jefferson County Commission, | ] ] ] ] | |
| Plaintiff, | ] ] | |
| v. | ] ] | CV-10-BE-0485-S |
| **UNISYS CORPORATION, a Delaware Corporation,** | ] ] ] | |
| Defendant. | ] | |

ORDER

This case is before the court on "Joint Motion for Status Conference" (doc. 19). The court GRANTS the motion and sets a Status/Scheduling Conference for **Wednesday, August 18, 2010 at 10:00 a.m.** in fifth floor chambers of the undersigned.

DONE and ORDERED this 28th day of July 2010.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE