IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERSON COUNTY, ALABAMA ]<br>Acting by and through the Jefferson ]<br>County Commission, ]<br> ]<br>    Plaintiff, ]<br> ]<br>v. ]<br> ]<br>UNISYS CORPORATION, ]<br> ]<br>    Defendants | CV-10-BE-0485-S |

### ORDER SETTING BRIEFING SCHEDULE

This case is before the court on the "Motion to Dismiss" (doc. 21) filed by Third Party Defendant Manatron, Inc.  Any response will be due **on or before August 24, 2010**.  Any reply brief, if necessary, will be due **September 7, 2010**.

All submissions should comply with "Appendix II" available on the court's website at www.alnd.uscourts.gov under the court information for Judge Bowdre.

DONE and ORDERED this 3rd day of August 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE