IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEFFERSON COUNTY, ALABAMA,
Acting by and through the Jefferson
County Commission,
    Plaintiff,

VS.                                        CV 10-BE-485-S

UNISYS CORPORATION, a Delaware
Corporation,
    Defendant.

## ORDER

The scheduling conference previously scheduled for 10:00 a.m. on Wednesday, August 18, 2010 has been **RESCHEDULED to Tuesday, August 24, 2010 at 10:00 a.m.** in fifth floor chambers, Hugo L. Black U. S. Courthouse in Birmingham, Alabama.

DONE this 12th day of August, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE