IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERSON COUNTY, ALABAMA,** Acting by and through the Jefferson county commission, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:10-cv-00485-KOB ) |
| **UNISYS CORPORATION,** a Delaware Corporation, | ) ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| **MANATRON, INC.,** a Michigan corporation, | ) ) ) |
| Third-Party Defendant. | ) |

## ANSWER TO COUNTERCLAIM OF MANATRON, INC.

COMES NOW Unisys Corporation ("Unisys"), by and through its counsel, and responds to the Counterclaim filed by Manatron, Inc. ("Manatron") and asserts affirmative defenses as follows:

**Facts**

1. Unisys admits the allegation in paragraph 1.

2. The Subcontract speaks for itself.  If Manatron has mischaracterized its content, Unisys denies those mischaracterizations.

3. The Statement of Work speaks for itself.  If Manatron has mischaracterized its content, Unisys denies those mischaracterizations.

4. Unisys admits that Jefferson County paid it over $1 million by the end of 2004 for work that Unisys and Manatron had performed pursuant to the contract for the Tax Collector project.  Unisys denies the remaining allegations in paragraph 4.

5. Unisys denies the allegations in paragraph 5.

6. Unisys denies the allegations in paragraph 6.

7. Unisys denies the allegations in paragraph 7.

## Count One
### (Breach of Contract)

8. Unisys incorporates its responses to the previous paragraphs as if fully set forth herein.

9. Unisys admits that it entered into a Software License and Development Subcontract with Manatron for Unisys to provide Manatron Visual Property Tax Manager Software to Jefferson County.  The Subcontract speaks for itself.  If Manatron has mischaracterized its content, Unisys denies those mischaracterizations. Unisys denies the remaining allegations in paragraph 9.

10. Unisys denies the allegations in paragraph 10.

11. Unisys is without knowledge or information sufficient to form a belief as to the truth of the allegation in paragraph 11 and, therefore, denies the allegation.

12. Unisys denies the allegations in paragraph 12.

13. Unisys denies the allegations in paragraph 13.

## Count Two
### (Unjust Enrichment)

14. Unisys incorporates its responses to the previous paragraphs as if fully set forth herein.

15. Unisys denies the allegations in paragraph 15.

16. Unisys denies the allegations in paragraph 16.

17. Unisys denies the allegations in paragraph 17.

18. Unisys denies the allegations in paragraph 18.

## Count Three
### (Money Had and Received)

19. Unisys incorporates its responses to the previous paragraphs as if fully set forth herein.

20. Unisys denies the allegations in paragraph 20.

21. Unisys denies the allegations in paragraph 21.

22. Unisys denies the allegations in paragraph 22.

23. Unisys denies the allegations in paragraph 23.

## GENERAL DENIAL

Unisys denies all allegations and/or legal conclusions set forth in Manatron's Counterclaims that have not previously been specifically admitted or denied. Unisys also denies that Manatron is entitled to the relief requested or to any other relief whatsoever.

## AFFIRMATIVE AND OTHER DEFENSES

If necessary and/or in the alternative, Unisys raises the following affirmative and other defenses, but reserves the right to amend its Answer to raise any additional affirmative and other defenses that Unisys may have against Manatron's Counterclaims:

## FIRST AFFIRMATIVE DEFENSE

Manatron's counterclaims fails to state claims upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Venue in this district/division may be improper or inconvenient.

## THIRD AFFIRMATIVE DEFENSE

Manatron's counterclaims are barred, in whole or in part, by the applicable statutes of limitations.

## FOURTH AFFIRMATIVE DEFENSE

Manatron's counterclaims are barred, in whole or in part, by the actions or inactions of Manatron.

## FIFTH AFFIRMATIVE DEFENSE

No act or omission of Unisys caused Manatron to suffer any damages.

## SIXTH AFFIRMATIVE DEFENSE

Manatron's purported claims and/or damages are the result of the actions of third-parties, over whom Unisys had no control or duty to control.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent that Manatron suffered any damages, the same being specifically denied, those damages were caused by the acts or omissions of Manatron.

## EIGHTH AFFIRMATIVE DEFENSE

To the extent that Manatron suffered any damages, the same being specifically denied, those damages were caused by persons and/or entities over whom Unisys had no control or duty to control.

## NINTH AFFIRMATIVE DEFENSE

To the extent that Manatron suffered any damages, which Unisys denies, Manatron failed to mitigate its damages.

### TENTH AFFIRMATIVE DEFENSE

Manatron's counterclaims are barred, in whole or in part, by Manatron's failure to join an indispensable party.

### ELEVENTH AFFIRMATIVE DEFENSE

Manatron's counterclaims are barred, in whole or in part, by the doctrines of acquiescence, waiver and/or estoppel.

### TWELFTH AFFIRMATIVE DEFENSE

Manatron's counterclaims are barred, in whole or in part, by the doctrine of unclean hands.

### THIRTEENTH AFFIRMATIVE DEFENSE

Manatron's counterclaims are barred by its own breach of contract at issue.

### FOURTEENTH AFFIRMATIVE DEFENSE

Manatron's claims for breach of contract are barred by the terms and conditions of the contracts made the basis of this lawsuit.

### FIFTEENTH AFFIRMATIVE DEFENSE

Manatron has failed to satisfy all conditions precedent to recover on its counterclaims.

### SIXTEENTH AFFIRMATIVE DEFENSE

Manatron's alleged losses are subject to and barred by all of the terms and conditions of the contracts made the basis of this lawsuit.

/s/ Alan D. Mathis
James C. Barton, Jr. (BAR014)
Bar Number: ASB-0237-B51J
Email: jbartonjr@johnstonbarton.com

Alan D. Mathis (MAT052)
Bar Number: ASB-8922-A59M
Email: adm@johnstonbarton.com

*Attorneys for Unisys Corporation*

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500

    OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2010, I electronically filed the foregoing via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

>Michael S. Denniston, Esq.
>Jeffrey D. Dyess, Esq.
>Bradley Arant Boult Cummings LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, Alabama  35203-2104
>
>Jackson R. Sharman, III, Esq.
>Jacob M. Tubbs
>Lightfoot, Franklin & White, L.L.C.
>The Clark Building
>400 North 20th Street
>Birmingham, Alabama 35203

>/s/ Alan D. Mathis
>Of Counsel

W0757855