UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JEFFERSON COUNTY, ALABAMA,**
    Plaintiff,

vs.                                                                                     CV 10-BE-485-S

**UNISYS CORPORATION,**
    Defendant,

vs.

**MANATRON, INC.,**
    Third party defendant.

## ORDER SETTING STATUS CONFERENCE

This case is scheduled for a status conference at **3:30 p.m. on Tuesday, October 26, 2010** in the fifth floor chambers of the undersigned in Hugo L. Black U. S. Courthouse in Birmingham, Alabama. Parties are reminded of the joint status report due **October 18, 2010** per scheduling order (doc. 28).

By notifying chambers <u>not less than two working days</u> prior to the scheduled conference, attorneys located outside the division or district may request to participate by telephone and the court will consider such request based on the particular circumstances of the case.

DONE this 30th day of September 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

1