UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JEFFERSON COUNTY, ALABAMA,**
Acting by and through the Jefferson
County Commission,
 **Plaintiff,**

vs.                CV 10-BE-485-S

**UNISYS CORPORATION,**
 **Defendant, third-party plaintiff,**

vs.

**MANATRON, INC.,**
 **Third-party defendant.**

## ORDER

The court continues the stay of discovery in this case as requested in the Joint Status Report filed January 31, 2011 (doc. 37). Parties must file a joint status report on or before **Wednesday, February 16, 2011**. This case is scheduled for a status conference on **Friday, February 18, 2011 at 2:30 p.m.** in fifth floor chambers, Hugo L. Black U. S. Courthouse in Birmingham, Alabama.

DONE and ORDERED this 2nd day of February 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

1