IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| **JEFFERSON COUNTY, ALABAMA,** acting by and through the Jefferson County Commission, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:10-cv-00485-KOB |
| **UNISYS CORPORATION,** | ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| **MANATRON INC.,** | ) ) |
| Third-Party Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of February 2, 2011, the parties submit this Joint Status Report to inform the Court of the progress of their settlement negotiations and the need for continuing the stay of discovery.

The parties are pleased to report that their settlement negotiations continue to progress. Jefferson County has responded to Unisys Corporation's written settlement proposal. Unisys is in the process of evaluating Jefferson County's

1

response and is working on the technical details of a revised proposal.  Although the technical complexities of the business solutions being considered by the parties have resulted in a relatively slow pace of negotiations, the parties are encouraged by the progress of those negotiations to date.

The parties continue to believe that engaging in discovery at this time would be counterproductive to their ongoing settlement efforts.  Accordingly, the parties respectfully request that the Court continue the stay of discovery in this matter.

A status conference with the Court is currently scheduled for February 23, 2011.  The parties will report any new developments at that time and will report on the status of settlement negotiations thereafter as desired by the Court.

Respectfully submitted,

/s/ Alan D. Mathis
James C. Barton, Jr.
*jbarton@johnstonbarton.com*
Alan D. Mathis
*amathis@johnstonbarton.com*
JOHNSTON BARTON PROCTOR & ROSE LLP
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9400
Facsimile: (205) 458-9500
*Counsel for Unisys Corporation*


/s/ Michael S. Denniston (by ADM w/ consent)
Michael S. Denniston
*mdenniston@babc.com*

Jeffrey D. Dyess
*jdyess@babc.com*
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
*Counsel for Jefferson County*


/s/ C. Ryan Germany (by ADM w/ consent)
Jackson R. Sharman III
*jsharman@lightfootlaw.com*
Jacob M. Tubbs
*jtubbs@lightfootlaw.com*
C. Ryan Germany
*rgermany@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C
The Clark Building
400 20th Street North
Birmingham, AL 35233
Telephone:  (205) 581-0700
Facsimile:  (205) 581-0799
*Counsel for Third-Party Defendant Manatron, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel through the Court's electronic filing system this 16th day of February, 2011:

Jackson R. Sharman III
Jacob M. Tubbs
C. Ryan Germany
LIGHTFOOT, FRANKLIN & WHITE, L.L.C
The Clark Building
400 20th Street North
Birmingham, AL 35233

Michael S. Denniston
Jeffrey D. Dyess
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

                                                /s/ Alan D. Mathis
                                                Of Counsel

W0780465